UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VERNON L. PRICE,

    Plaintiff,        Case No. 1:09cv172

v.                Hon. Robert J. Jonker

CARMEN PALMER, *et al.*

    Defendants.
_____/

# ORDER
## APPROVING REPORT AND RECOMMENDATION (*amended)

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 14, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 14, 2009, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (docket # 16) is **GRANTED** and this action is **DISMISSED**.

              /s/Robert J. Jonker*
              ROBERT J. JONKER
              UNITED STATES DISTRICT JUDGE

DATED: January 4, 2010.